**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| | : | |
| Barry A. Bolt | | |
| April Michelle Hipkins | : | |
| Debtor | : | Bankruptcy No. 19-16502-jkf |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the orders dated October 17, 2019, October 31, 2019, November 15, 2019 and this case be and the same is hereby DISMISSED.

Date: December 3, 2019

_____
Jean K. FitzSimon
United States Bankruptcy Judge

Missing Documents:

Atty Disclosure Statement
Chapter 7 Statement of Your Current Monthly Income Form 122A-1, Form 122A-2
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106